## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **DAVID L. TOUNE AND CORAL J. TOUNE,** | Bankruptcy No. 15-00769 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #27)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 25, 2016.

Dated: August 25, 2016

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **DAVID L. TOUNE AND CORAL J. TOUNE,**

By: */s/ Zane L. Zielinski*
*Bankruptcy Trustee*

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- Kenneth W Bach    kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Gloria M Longest    glongest@cbcast.com, glongst@cbcast.com
- Zane L. Zielinski    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Internal Revenue Service
Austin Irs Center, Stop 6692 Ausc
Austin, Tx 73301-0021

**VIA U.S. MAIL**
American Infosource Lp As Agent For
Presence Health
Po Box 248838
Oklahoma City, Ok 73124-8838

**VIA U.S. MAIL**
Lvnv Funding, Llc Its Successors And Assigns
As Assignee Of Fia Card Services, N.A.
Resurgent Capital Services
Po Box 10587
Greenville, Sc 29603-0587

**VIA U.S. MAIL**
First Financial Investment Fund Holdings, Llc
C O Jefferson Capital Systems Llc
Po Box 7999
Saint Cloud Mn 56302-9617

**VIA U.S. MAIL**
**David L Toune**
**Coral J Toune**
155 S. Cook St.
Braidwood, IL 60408

**VIA U.S. MAIL**
American Express Centurion Bank
c o Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701