UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| David L Toune § | Case No. 15-00769 |
| Coral J Toune § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 670.00                          Assets Exempt: 21,814.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,248.04        Claims Discharged
                                                   Without Payment: 174,779.75

Total Expenses of Administration: 1,522.09

---

3) Total gross receipts of $ 8,747.13  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,977.00  (see **Exhibit 2**), yielded net receipts of $ 6,770.13  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,522.09 | 1,522.09 | 1,522.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 5,577.92 | 5,577.92 | 5,248.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 172,269.14 | 39,946.97 | 39,946.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 178,269.14 | $ 47,046.98 | $ 47,046.98 | $ 6,770.13 |

4)  This case was originally filed under chapter 7 on 01/12/2015 . The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2016          By:/s/Zane L. Zielinski
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 30 Shares Sherwin Williams | 1129-000 | 8,747.13 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,747.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David L. Toune | Exemptions | 8100-002 | 1,977.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,977.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,427.01 | 1,427.01 | 1,427.01 |
| Zane L. Zielinski | 2200-000 | NA | 32.20 | 32.20 | 32.20 |
| Raymond James | 2500-000 | NA | 62.88 | 62.88 | 62.88 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,522.09 | $ 1,522.09 | $ 1,522.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Internal Revenue Service Austin IRS Center, STOP 6692 AUSC Austin, TX 73301-0021 |  | 6,000.00 | NA | NA | 0.00 |
| 1 | Internal Revenue Service | 5800-000 | NA | 5,577.92 | 5,577.92 | 5,248.04 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,000.00 | $ 5,577.92 | $ 5,577.92 | $ 5,248.04 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 2,786.00 | NA | NA | 0.00 |
| | Associate Pathologists of Joliet 39784 Treasury Center Chicago, IL 60694-9700 | | 94.00 | NA | NA | 0.00 |
| | Cardmember Services/Chase PO Box 15398 Wilmington, DE 19886-5325 | | 1,995.00 | NA | NA | 0.00 |
| | Charter 1 Cc 1000 Lafayette Blv Bridgeport, CT 06604 | | 3,489.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 3,208.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau P.O. Box 63 Kankakee, IL 60901-0063 | | 3,072.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 76.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Household Finance Corporation 636 Grand Regency Blvd Brandon, FL 33510 | | 101,760.00 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-0001 | | 333.00 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 235.64 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 150.24 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 29.98 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 543.45 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 212.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 201.92 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 201.92 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 16.44 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 214.21 | NA | NA | 0.00 |
| | Presence Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 100.09 | NA | NA | 0.00 |
| | Presence St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | 934.00 | NA | NA | 0.00 |
| | Provena Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 212.82 | NA | NA | 0.00 |
| | Provena Mercy Medical Center PO Box 88001 Chicago, IL 60680-1001 | | 284.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | 99.15 | NA | NA | 0.00 |
| | Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | 477.53 | NA | NA | 0.00 |
| | Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | 79.08 | NA | NA | 0.00 |
| | Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | 428.23 | NA | NA | 0.00 |
| | RBS Citizens NA 1000 Lafayette Blvd Bridgeport, CT 06604 | | 4,422.47 | NA | NA | 0.00 |
| | Shell/citi 6400 Los Colinas Blvd Irving, TX 75039 | | 1,380.00 | NA | NA | 0.00 |
| | United Recovery Service LLC 18525 Torrence Ave., Ste. C-6 Lansing, IL 60438 | | 1,376.00 | NA | NA | 0.00 |
| | Yatin Shah MD SC 2025 S. Chicago St. Joliet, IL 60436 | | 89.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | American Express Centurion Bank | 7100-000 | 2,786.34 | 2,786.34 | 2,786.34 | 0.00 |
| 10 | American Infosource Lp As Agent For | 7100-000 | 150.00 | 150.24 | 150.24 | 0.00 |
| 11 | American Infosource Lp As Agent For | 7100-000 | 150.24 | 150.24 | 150.24 | 0.00 |
| 12 | American Infosource Lp As Agent For | 7100-000 | 150.24 | 150.24 | 150.24 | 0.00 |
| 13 | American Infosource Lp As Agent For | 7100-000 | 214.00 | 214.21 | 214.21 | 0.00 |
| 14 | American Infosource Lp As Agent For | 7100-000 | 119.29 | 119.29 | 119.29 | 0.00 |
| 15 | American Infosource Lp As Agent For | 7100-000 | 119.29 | 119.29 | 119.29 | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | 515.00 | 500.00 | 500.00 | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | 515.72 | 515.72 | 515.72 | 0.00 |
| 4 | American Infosource Lp As Agent For | 7100-000 | 207.93 | 207.93 | 207.93 | 0.00 |
| 5 | American Infosource Lp As Agent For | 7100-000 | 214.63 | 214.63 | 214.63 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Infosource Lp As Agent For | 7100-000 | 577.09 | 577.09 | 577.09 | 0.00 |
| 7 | American Infosource Lp As Agent For | 7100-000 | 208.06 | 208.06 | 208.06 | 0.00 |
| 8 | American Infosource Lp As Agent For | 7100-000 | 333.57 | 333.57 | 333.57 | 0.00 |
| 9 | American Infosource Lp As Agent For | 7100-000 | 187.12 | 187.12 | 187.12 | 0.00 |
| 18 | First Financial Investment Fund Holdings, Llc | 7100-000 | 11,414.30 | 11,414.30 | 11,414.30 | 0.00 |
| 1A | Internal Revenue Service | 7100-000 | NA | 1,309.90 | 1,309.90 | 0.00 |
| 17 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | 25,903.42 | 20,788.80 | 20,788.80 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 172,269.14 | $ 39,946.97 | $ 39,946.97 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-00769 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | David L Toune | | | | Date Filed (f) or Converted (c): | 01/12/2015 (f) |
| | Coral J Toune | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 10/13/2016 | | | | Claims Bar Date: | 05/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 436.00 | 0.00 | | 0.00 | FA |
| 2. Checking: Resource Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit | 650.00 | 0.00 | | 0.00 | FA |
| 4. Furniture | 700.00 | 0.00 | | 0.00 | FA |
| 5. Books, pictures and other art objects, antiques, stamp, coin | 250.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 1,800.00 | 0.00 | | 0.00 | FA |
| 8. National Western Life Insurance | 10,252.00 | 0.00 | | 0.00 | FA |
| 9. Pension: Stephan ($1104 a month); IMRF ($215 a month). | 1,319.00 | 0.00 | | 0.00 | FA |
| 10. 30 Shares Sherwin Williams | 7,500.00 | 0.00 | | 8,747.13 | FA |
| 11. 2005 Dodge Magnun | 3,800.00 | 0.00 | | 0.00 | FA |
| 12. 4 shares of Sherwin Williams Stock | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $28,007.00      $0.00      $8,747.13      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's Final report was approved.

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | | | |
|---|---|---|---|---|
| RE PROP # | 1 | -- | Cash For Emergencies | |
| RE PROP # | 2 | -- | Checking: Resource Bank | Exhibit 8 |
| RE PROP # | 3 | -- | Security Deposit | |
| RE PROP # | 4 | -- | Furniture | |
| RE PROP # | 5 | -- | Books, Pictures | |
| RE PROP # | 6 | -- | Clothing | |
| RE PROP # | 7 | -- | Jewelry | |
| RE PROP # | 8 | -- | National Western Life Insurance | |
| RE PROP # | 9 | -- | Stephan: 1104.00/Mo<br>IMRF.215.00/Mo | |
| RE PROP # | 10 | -- | 30 Shares Sherwin Williams | |
| RE PROP # | 12 | -- | The Debtor retained 4 shares because they could not locate. | |

Initial Projected Date of Final Report (TFR): 01/31/2016          Current Projected Date of Final Report (TFR): 09/23/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-00769 | Trustee Name: | Zane L. Zielinski |
| Case Name: David L Toune | Bank Name: | Associated Bank |
| Coral J Toune | Account Number/CD#: | XXXXXX4321 |
| | | Checking |
| Taxpayer ID No: XX-XXX1808 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/16 | | Raymond James Global Accountant | Sale of Stock | | $8,684.25 | | $8,684.25 |
| | | | Gross Receipts    $8,747.13 | | | | |
| | | Raymond James | Fees for Selling Stock    ($62.88) | 2500-000 | | | |
| | 10 | | 30 Shares Sherwin Williams    $8,747.13 | 1129-000 | | | |
| 07/13/16 | 5001 | David L. Toune<br>121 Parkland Circle,<br>Fairfield Bay, AR 72088 | Exemption Payment | 8100-002 | | $1,977.00 | $6,707.25 |
| 09/23/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,459.21 | $5,248.04 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($1,427.01) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($32.20) | 2200-000 | | | |
| 09/23/16 | 5003 | Internal Revenue Service<br>Austin Irs Center, Stop 6692 Ausc<br>Austin, Tx 73301-0021 | Final distribution to claim 1 representing a payment of 94.09 % per court order. | 5800-000 | | $5,248.04 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,684.25 | $8,684.25 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,684.25 | $8,684.25 |
| Less: Payments to Debtors | $0.00 | $1,977.00 |
| Net | $8,684.25 | $6,707.25 |

Page Subtotals:    $8,684.25    $8,684.25

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-00769 | Trustee Name: | Zane L. Zielinski |
| Case Name: David L Toune | Bank Name: | The Bank of New York Mellon |
| Coral J Toune | Account Number/CD#: | XXXXXX4989 |
| | | Checking |
| Taxpayer ID No: XX-XXX1808 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4321 - Checking | $8,684.25 | $6,707.25 | $0.00 |
| XXXXXX4989 - Checking | $0.00 | $0.00 | $0.00 |
|  | $8,684.25 | $6,707.25 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $62.88 |
|---|---|
| Total Net Deposits: | $8,684.25 |
| Total Gross Receipts: | $8,747.13 |

Page Subtotals:                                                   $0.00           $0.00